IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON BODE,<br>*Individually and as Special Administrator of*<br>*the Estate of David L. Bode, Deceased,*<br><br>**Plaintiff,**<br><br>vs.<br><br>AERCO INTERNATIONAL, INC., et al.,<br><br>**Defendant(s).** | )<br>)<br>)<br>)<br>)  CASE NO.  13-1310-SCW-PMF<br>)<br>)<br>)<br>)<br>)<br>) |

JUDGMENT IN A CIVIL CASE

Defendant **CONSOLIDATED ALUMINUM CORPORATION** was dismissed without prejudice on April 24, 2014 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 79).

**IT IS FURTHER ORDERED AND ADJUDGED** that all remaining issues are **REMANDED** to the Third Judicial State Court Madison County, Illinois, Case No. 13-L-495. The remaining motions will remain pending for resolution by the state court judge by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 79).

**DATED** this 25th day of April, 2014

                                                         NANCY J. ROSENSTENGEL,
                                                         Clerk of Court

                                                         By: s//Angie Vehlewald
                                                              Deputy Clerk

Approved by:  s// Stephen C. Williams
                STEPHEN C. WILLIAMS
            United States Magistrate Judge